DANIEL MALAKAUSKAS, *Cal. Bar No.: 265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive, Suite B-107-240
Las Vegas NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff:* **Frank Singh**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| **FRANK SINGH**, <br><br> Plaintiff, <br><br> v. <br><br> **CASA JALISCO, INC.,** as an entity and doing business as "Casa Jalisco", **TOMIKO MOCK LEE PARTNERSHIP,** and Does 1-50, Inclusive, <br><br> Defendants. | Case No.: **5:22-cv-2109-SB-PD** <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE** <br><br> [Fed. R. Civ. P. 41] |

**PLEASE TAKE NOTICE**, that plaintiff hereby unilaterally requests that this action be and is hereby dismissed in its entirety, against all defendants, **WITHOUT PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).

Date: December 10th, 2022

/s/ Daniel Malakauskas
By: Daniel Malakauskas, of,
MALAKAUSKAS LAW, APC,
Attorney for Plaintiff

NOTICE OF DISMISSAL PURSUANT TO FERDERAL RULE OF CIVIL PROCEDURE 41(a)(1)   1